# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00422-CV

**Jeffrey T. Hanson, Appellant**

**v.**

**NNN 1 & 2 Met Center 1, LLC; NNN 1 & 2 Met Center 2, LLC;**
**NNN 1 & 2 Met Center 3, LLC; NNN 1 & 2 Met Center 4, LLC;**
**NNN 1 & 2 Met Center 5, LLC; NNN 1 & 2 Met Center 7, LLC;**
**NNN 1 & 2 Met Center 10, LLC; NNN 1 & 2 Met Center 11, LLC;**
**NNN 1 & 2 Met Center 12, LLC; NNN 1 & 2 Met Center 13, LLC;**
**NNN 1 & 2 Met Center 17, LLC; NNN 1 & 2 Met Center 18, LLC;**
**NNN 1 & 2 Met Center 19, LLC; NNN 1 & 2 Met Center 20, LLC;**
**NNN 1 & 2 Met Center 21, LLC; NNN 1 & 2 Met Center 22, LLC;**
**NNN 1 & 2 Met Center 23, LLC, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
## NO. D-1-GN-12-002595, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jeffrey T. Hanson has filed an unopposed motion to dismiss the appeal, stating that the parties have reached a settlement agreement and he no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

                        Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellant's Motion

Filed:   February 11, 2015